

CAUSE NO. 12-13-00276-CR
CAUSE NO. 12-13-00277-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| | | |
|---|---|---|
| JUSTIN OBRIEN ELLIS, APPELLANT | } | APPEALED FROM 3RD DISTRICT COURT |
| V. | } | IN AND FOR |
| THE STATE OF TEXAS, APPELLEE | } | ANDERSON COUNTY, TEXAS |

## ORDER

Came on for consideration the Appellant's Pro Se Motion for Extension of Time to File Brief in the above-referenced causes, and it appearing that Appellant's counsel has filed an *Anders* brief herein and that Appellant has been unable to examine the record so that he can file a pro se brief, it is hereby ORDERED that the trial court ensure that Appellant has the opportunity to fully examine the appellate record on or before **January 17, 2014**, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to Appellant. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

**WITNESS THE HONORABLE JAMES T. WORTHEN**, Chief Justice, Court of Appeals District, Tyler, Texas.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE** at Tyler, Texas, this 18th day of December 2013, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk